No. 1039. HOOPER *v.* CHRYSLER MOTORS CORP. C. A. 5th Cir. Certiorari denied. *Albert Smith* for petitioner. *David W. Kendall* and *Clarence P. Brazill, Jr.* for respondent.

No. 1053. UNITED STATES TIME CORP. *v.* HAMILTON WATCH Co. C. A. 2d Cir. Certiorari denied. *John Hoxie* for petitioner. *Robert E. LeBlanc, Richard A. Whiting* and *George B. Mickum III* for respondent.

No. 1066. SWINGLINE INC. ET AL. *v.* OVERLAND MACHINED PRODUCTS, INC. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Maximilian Bader* and *I. Walton Bader* for petitioners.

No. 1093. McCREERY *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. *John N. Frolich* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.

No. 1005, Misc. WHITTINGTON *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1076. MURPHY, WARDEN, *v.* EVERETT. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Edward S. Silver* and *Frank Di Lalla* for petitioner. *Edward E. Clark* for respondent.